198 So. 151

## William HALLMARK v. STATE.

### 6 Div. 720.

Supreme Court of Alabama.

Oct. 10, 1940.

Thos. S. Lawson, Atty. Gen., and Clarence M. Small, Asst. Atty. Gen., for petitioner.

Morel Montgomery, of Birmingham, opposed.

BOULDIN, Justice.

Petition of the State of Alabama, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Hallmark v. State, 29 Ala.App. 405, 198 So. 149.

Writ denied.

GARDNER, C. J., and FOSTER and LIVINGSTON, JJ., concur.